**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANDON KALE HARRIS,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

_____/

2:16-cv-01305-JAD-CWH

**ORDER**

ECF # 8

    In this habeas corpus action, the petitioner, Brandon Kale Harris, was due to file an amended habeas petition by October 12, 2016. *See* Order entered July 13, 2016 (ECF No. 7).

    On October 11, 2016, Harris filed a motion for extension of time (ECF No. 8), requesting a 75-day extension, to December 26, 2016, for his amended petition. Harris's counsel states that the extension of time is necessary to investigate this case, meet with the petitioner, and draft an amended petition. Respondents do not oppose the motion for extension of time. The Court finds that Harris's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time Harris requests.

///

///

///

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (**ECF No 8**) is **GRANTED**. **Petitioner will have until and including December 26, 2016, to file an amended petition for writ of habeas corpus.** In all other respects, the schedule for further proceedings set forth in the order entered July 13, 2016 (ECF No. 7) will remain in effect.

Dated this 24th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE