UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Kale Harris,<br><br>   Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>   Respondents | 2:16-cv-01305-JAD-CWH<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 10] |

　　Section 2254 petitioner Brandon Kale Harris, who is represented by counsel, requests a 60-day extension of time to file an amended habeas petition. Harris's counsel states that the extension is necessary because of his obligations in other cases and to allow him to meet with Harris a second time. Respondents do not oppose the request. I find that Harris's motion for extension of time is made in good faith and not solely for purposes of delay. Accordingly, good cause appearing,

　　IT IS HEREBY ORDERED that Harris's motion for extension of time **[ECF No. 10] is GRANTED. Harris's amended petition must be filed by February 24, 2017.** The July 13, 2016, scheduling order [ECF No.7] remains in effect in all other respects.

　　Dated this 16th day of December, 2016.

_____
Jennifer A. Dorsey
United States District Judge