**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brandon Kale Harris,

    Petitioner

v.

Brian E. Williams et al.,

    Respondents

Case No.: 2:16-cv-01305-JAD-CWH

**Order Granting Motion for Extension of Time**

**[ECF No. 18]**

    Brandon Kale Harris filed an amended petition for writ of habeas corpus on February 24, 2017.[1] Respondents were to respond to the amended petition by April 25, 2017.[2]

    On April 25, 2017, respondents filed a motion for an extension of time requesting an additional 91 days and allowing until July 25, 2017, to file a response to Harris's amended petition.[3] This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Harris does not oppose the motion for extension of time. I find that respondents' motion for an extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

. . .

. . .

. . .

---

[1] ECF No. 12.

[2] *See* Order entered July 13, 2016 [ECF No. 7] (60 days for response).

[3] ECF No. 18.

1

Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an extension of time **[ECF No. 18]** is GRANTED. Respondents have until July 25, 2017, to file a response to Harris's petition for writ of habeas corpus.

It is further ORDERED that, in all other respects, the schedule for further proceedings set forth in the order entered July 13, 2016, **[ECF No. 7]** will remain in effect.

DATED April 27, 2017.

_____
Jennifer A. Dorsey
United States District Judge